# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER ALAN COUGLE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-2895** |
| **BARACK HUSSEIN OBAMA, ET AL.** | **SECTION "J" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**, and that plaintiff's complaint be and is hereby **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint is **DENIED**.

New Orleans, Louisiana, this __8th__ day _____June_____, 2017.

_____
UNITED STATES DISTRICT JUDGE